STEVEN T. GUBNER – Bar No. 156593
JESSICA L. BAGDANOV – Bar No. 281020
JESSICA S. WELLINGTON – Bar No. 324477
BG LAW LLP
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: (818) 827-9000
Facsimile: (818) 827-9099
Email: sgubner@bg.law
jbagdanov@bg.law
jwellington@bg.law

Attorneys for David Seror, Chapter 7 Trustee

FILED & ENTERED

MAY 16 2023

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Pgarcia    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>JOE WALLACE,<br><br>        Debtor.<br>_____<br><br>DAVID SEROR, Chapter 7 Trustee,<br><br>        Plaintiff,<br><br>v.<br><br>JOE WALLACE,<br><br>        Defendant. | Case No. 1:18-bk-11844-MB<br><br>Chapter 7<br><br>Adv. No. 1:20-ap-01073-MB<br><br>**JUDGMENT AGAINST DEFENDANT JOE WALLACE**<br><br>[No Hearing Required] |

For the reasons set forth in the *Order Granting Chapter 7 Trustee's Motion for Order to Reopen Adversary Proceeding and Entry of Judgment*, and good cause appearing therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. David Seror, chapter 7 trustee, shall recover from Joe Wallace, an individual, the sum of $20,375.00. This Judgment shall bear interest as provided at law for all judgments of the federal courts of the United States of America.

2. The Court shall retain jurisdiction to adjudicate any dispute arising out of or related to the Settlement Agreement and for the enforcement of this Judgment.

3. Pursuant to the Settlement Agreement, this Judgment is non-dischargeable in Defendant's bankruptcy case, or any other bankruptcy case filed by Defendant.

4. Upon entry of this Judgment, this adversary proceeding shall be closed.

**IT IS SO ORDERED.**

### #

Date: May 16, 2023

Martin R Barash
United States Bankruptcy Judge